No. 121, Misc.  SILVER *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 122, Misc.  SHELTON ET AL. *v.* UNITED STATES. C. A. D. C. Cir.  Certiorari denied.  *Samuel K. Abrams* for petitioners.  *Solicitor General Cox, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 123, Misc.  CRANE ET AL. *v.* CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 126, Misc.  DE VAUGHN *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Leon B. Polsky* for petitioner.  *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 127, Misc.  SANCHEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *Stephen R. Reinhardt* for petitioner.  *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 129, Misc.  TAYLOR *v.* WARD ET AL.  Ct. App. Md. Certiorari denied.  *Leonard J. Kerpelman* for petitioner.

No. 133, Misc.  SPIESEL *v.* CITY OF NEW YORK.  C. A. 2d Cir.  Certiorari denied.  Petitioner *pro se*.  *Leo A. Larkin, Seymour B. Quel* and *Benjamin Offner* for respondent.

No. 135, Misc.  HAIRSTON *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  Petitioner *pro se*.  *Solicitor General Cox, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.